IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SRIVIDYA KASTURI,<br><br>            Plaintiff,<br><br>    vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and UR JADDOU, Director;<br><br>            Defendants. | **4:21CV3226**<br><br>**ORDER** |

Pursuant to the Joint Stipulation For Dismissal filed herein, Filing No. 43, the Court hereby dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to pay their own costs, expenses and fees.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge